UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRYAN ASH.,<br><br>　　　　　Defendant. | Case No. 1:17-cr-00234-DAD-BAM<br><br><br><br>ORDER OF RELEASE |

　　　　The above named defendant having been sentenced on June 21, 2021 to TIME SERVED,

　　　　IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH. A judgment and commitment order will follow.

IT IS SO ORDERED.

　　　Dated: **June 21, 2021**　　　　　　　　　　*Dale A. Drozd*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1